### GLOVER, receiver, *v.* THAYER.

*Atkinson, J.*—This case is controlled by the decision of this court in the case of *Hollifield* v. *Wrightsville & Tennille R. Co.*, rendered at the present term.          *Judgment reversed.*

May 11, 1896. Argued at the last term.

Equitable petition. Before Judge Gober. Cobb county. November 28, 1895.

*Glenn, Slaton & Phillips*, for plaintiff in error.
*Clay & Blair*, contra.